**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ANNE CREEKMORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 25-1602 |
| v. | ) | Judge Davis |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| _____ | ) | |

<u>**NOTICE OF SUBSTITUTION OF COUNSEL**</u>

To the clerk:

Pursuant to Rule 83.1(b)(3)(B), please take notice that Liridona Sinani no longer serves as counsel for defendant in this case.  Service of all papers in this action should be addressed as follows:

Jana Moses
Senior Trial Counsel
United States Department of Justice
Civil Division - Commercial Litigation Branch
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044

Respectfully submitted,

<u>s/ Jana Moses</u>
JANA MOSES
Senior Trial Counsel
United States Department of Justice
Commercial Litigation Branch
Civil Division
March 11, 2026                                         Tel:  (202) 616-2279
Jana.Moses@usdoj.gov